UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARYA KHALED AL-BAADANI, | Case No.  1:25-cv-2070-DC-JDP |
| Petitioner, | |
| v. | ORDER |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents. | |

Petitioner, a former immigration detainee represented by counsel, seeks a petition for writ of habeas corpus under 28 U.S.C. § 2241.  ECF No. 1.  Petitioner had also filed a motion for a temporary restraining order.  ECF No. 3.  The court granted petitioner's motion and ordered that petitioner be immediately released from custody.  ECF No. 7.  The court also ordered respondents to file a response addressing why the court should not convert the temporary restraining order to a preliminary injunction.  *Id.*  The government filed a response on January 9, 2026, ECF No. 9, and, the same day, the court granted a preliminary injunction and referred the matter to me for all further proceedings, ECF No. 10.

The government's response included a request for an 180-day extension of time to respond to the petition.  ECF No. 9.  Respondents ask for such a lengthy extension in light of

1

*Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), Ninth Circuit docket no. 25-6842, a case pending before the Court of Appeals. *Id.*

While the decision in *Rodriguez Vasquez* may turn out to be relevant, a somewhat unsettled legal landscape does not justify a lengthy delay. Notably, *Rodriguez Vasquez* has yet to be argued and was only recently submitted. Accordingly, within fourteen days of the date of this order, respondents may file an answer. If respondents do so, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

Accordingly, it is hereby ORDERED that:

1. Respondents' request for an extension, ECF No. 9, is DENIED.

2. If additional briefing is needed, respondents may file an answer within fourteen days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:     February 24, 2026     _____

                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

2